1 | **MAYALL HURLEY**
**A Professional Corporation**
2 | **2453 Grand Canal Boulevard**
**Stockton, California 95207**
3 | Telephone (209) 477-3833
Facsimile (209) 473-4818
4 | **NICHOLAS J. SCARDIGLI**
**CA State Bar No. 249947**
5
**Attorneys for Plaintiff WILLIAM E. SMITH**
6
7
8 | **UNITED STATES DISTRICT COURT**
9 | **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WILLIAM E. SMITH** | **Case No.: 2:12-CV-01899-MCE-CKD** |
| Plaintiff, | **STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| **CITY OF MANTECA and DOES 1-100, inclusive,** | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff William E. Smith shall have leave to file the attached First Amended Complaint in the above-entitled matter.

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | **DATED:** December 12, 2012 | **MAYALL HURLEY, P.C.** |
| 2 | | |
| 3 | | By  /s/ Nicholas Scardigli |
| 4 | | NICHOLAS J. SCARDIGLI<br>Attorneys for Plaintiff<br>WILLIAM E. SMITH |
| 5 | | |
| 6 | **DATED:** December 12, 2012 | **KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD** |
| 7 | | |
| 8 | | By  /s/ Ronald Scholar |
| 9 | | RONALD J. SCHOLAR<br>Attorneys for Defendant<br>CITY OF MANTECA |

### ORDER

The above stipulation is approved.

IT IS SO ORDERED that Plaintiff William E. Smith shall have leave to file the attached First Amended Complaint in the above entitled matter.

Dated: December 20, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT