MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818
NICHOLAS J. SCARDIGLI
CA State Bar No. 249947
Attorneys for Plaintiff WILLIAM E. SMITH

BRUCE A. SCHEIDT, State Bar No. 155088
bscheidt@kmtg.com
RONALD J. SCHOLAR, State Bar No. 187948
rscholar@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555
Attorneys for Defendant CITY OF MANTECA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. SMITH<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF MANTECA and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:12-CV-01899-MCE-CKD<br><br>**STIPULATION AND JOINT MOTION TO CONTINUE NON-EXPERT DISCOVERY COMPLETION DATE; ORDER THEREON** |

Plaintiff William E. Smith ("Plaintiff") and Defendant City of Manteca ("Defendant") hereby stipulate to continuing and jointly move the Court to continue the non-expert discovery completion date of June 21, 2013, to August 5, 2013.

The parties are seeking this continuance because (1) Plaintiff's counsel, based in San Joaquin County, was occupied with an unexpectedly long trial in Lake County from March 13 through May 3, 2013, that was originally estimated to conclude no later than April 12, 2013, and (2) defense counsel Ronald J. Scholar is scheduled to begin a two week trial on June 10, 2013, and his co-counsel Bruce Scheidt will be out of the country from June 9 through 21, 2013.

Continuing the non-expert discovery completion date will not have any effect on any other dates previously set by the Court, including the April 21, 2014 trial date and the dispositive motion date of December 19, 2013.

The foregoing extensions are not being sought to cause undue delay or for any improper purpose.

Dated: May 8, 2013          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                            A Law Corporation


                            By: /s/ Ronald J. Scholar
                            Attorneys for Defendant
                            CITY OF MANTECA


Dated: May 8, 2013          MAYALL HURLEY
                            A Professional Corporation


                            By: /s/ Nicholas J. Scardigli
                            Attorneys for Plaintiff
                            WILLIAM E. SMITH

**ORDER**

The above stipulation is approved and the joint motion granted.

IT IS SO ORDERED that the non-expert discovery completion date of June 21, 2013, is continued to August 5, 2013, such that all discovery, with the exception of expert discovery, shall be completed by **August 5, 2013**. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court.

All remaining dates set by the Court are unchanged and continue in effect.

.DATED:  May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT