UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM E. SMITH, | No. 2:12-cv-01899-MCE-CKD |
| Plaintiff, | |
| v. | **ORDER CONTINUING TRIAL** |
| CITY OF MANTECA, ET AL., | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED the April 21, 2014 Jury Trial is vacated and continued to **June 2, 2014**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **March 20, 2014**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the March 6, 2014 Final Pretrial Conference is vacated and continued to **April 3, 2014**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **March 13, 2014** and shall comply with the procedures outlined in the Court's December 20, 2012 Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.  Telephonic appearances for this hearing are not permitted.

///

///

     Any evidentiary or procedural motions are to be filed by **March 13, 2014**. Oppositions must be filed by **March 20, 2014** and any reply must be filed by **March 27, 2014.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

     IT IS SO ORDERED.

DATED: February 5, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT