**MAYALL HURLEY**
**A Professional Corporation**
**2453 Grand Canal Boulevard**
**Stockton, California 95207**
**Telephone (209) 477-3833**
**Facsimile (209) 473-4818**
**NICHOLAS J. SCARDIGLI**
**CA State Bar No. 249947**
**VLADIMIR J. KOZINA**
**CA State Bar No. 284645**

**Attorneys for Plaintiff WILLIAM E. SMITH**

**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD**
**A Professional Corporation**
**400 Capitol Mall, 27th Floor**
**Sacramento, California 95814**
**Telephone: (916) 321-4500**
**Facsimile: (916) 321-4555**
**BRUCE A. SCHEIDT**
**CA State Bar No. 155088**
**RONALD J. SCHOLAR**
**CA State Bar No, 187948**

**Attorneys for Defendants CITY OF MANTECA**
**And JOE KRISKOVICH**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM E. SMITH**<br><br>        **Plaintiff,**<br><br>**vs.**<br><br>**CITY OF MANTECA; JOE KRISKOVICH (DOE 1); and DOES 2-100, inclusive,**<br><br>        **Defendants.** | **Case No.: 2:12-CV-01899-MCE-CKD**<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff

WILLIAM SMITH and counsel for Defendants CITY OF MANTECA and JOE KRISKOVICH,

that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above captioned action be and

Stipulated Request For Dismissal With Prejudice and Order
 Page 1 of 2

1    hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties,

2    with each part to bear its or his own costs and attorneys' fees.

3

4    DATED: _____, 2014
                                                    KRONICK, MOSKOVITZ,
5                                                   TIEDEMANN & GIRARD

6

7                                                   By: _____
                                                        Bruce A. Scheidt
8                                                       Ronald J. Scholar

9                                                   Attorneys for Defendant CITY OF
                                                    MANTECA and JOE KRISKOVICH
10

11   DATED: _____, 2014
                                                    MAYALL HURLEY P.C.
12

13

14                                                  By: _____
                                                        Nicholas J. Scardigli
15                                                      Vladimir J. Kozina

16                                                  Attorneys for Plaintiff WILLIAM
                                                    SMITH
17

18                                          **ORDER**

19
          Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the parties'
20
21   stipulation, ECF No. 71, this matter is DISMISSED WITH PREJUDICE.  The

22   Clerk of the Court is order to CLOSE this case.

23        IT IS SO ORDERED.
24
25   Dated:  April 8, 2014

26

27                                          _____
                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
28                                          UNITED STATES DISTRICT COURT

Stipulated Request For Dismissal With Prejudice and Order
 Page 2 of 2